E-FILED
Friday, 15 June, 2018  05:38:13 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

FILED
3/8/2018 4:21 PM
AMY SIPES
CLERK OF THE CIRCUIT COURT
MORGAN COUNTY, ILLINOIS

## IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT
## MORGAN COUNTY, ILLINOIS

MARILYN K. SEYMOUR and )
DONALD L. SEYMOUR, )
                               )
          **Plaintiffs,** )
                               )
**v.** )       **No. 2018-MR-21**
                               )
**METROPOLITAN LIFE INSURANCE** )
**COMPANY,** )
                               )
          **Defendant.** )

## COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiffs, Marilyn K. Seymour and Donald L. Seymour, by and through their attorneys, Rammelkamp Bradney, P.C., and for their Complaint for Declaratory Judgment against the Defendant, Metropolitan Life Insurance Company, state as follows:

### General Allegations

1.    Plaintiffs, Marilyn K. Seymour (hereafter referred to as Marilyn) and Donald L. Seymour (hereafter referred to as Donald), are individuals who reside in Jacksonville, Morgan County, Illinois.

2.    Defendant Metropolitan Life Insurance Company ("MetLife") is, on information and belief, an insurance company licensed to do business in Illinois and has its principal place of business in the State of New York.

3.    MetLife issued the current long-term care policy to:

    A.    Marilyn from March 1, 2000 through Present and;

    B.    Donald from December 1, 1999 through Present.

4.    Both policies are issued under Defendant's policy Group Name AARP-

Original and Group Number 0094444 ("Policy"). A true and accurate copy of each policy is attached hereto and incorporated herein by reference as Exhibit A (Marilyn's) and Exhibit B (Donald's).

5.    Both policies contain the following language that is relevant and pertinent to this cause:

**DEFINITIONS**

**"Activities of Daily Living" ("ADL")** means any of the following:

- **Bathing:** Washing oneself by sponge bath; or in either a tub or shower, including the task of getting into or out of the tub or shower.

- **Dressing:** Putting on and taking off all items of clothing and any necessary braces, fasteners, or artificial limbs.

- **Transferring:** Moving into or out of a bed, chair or wheelchair.

- **Toileting:** Getting to and from the toilet, getting on and off the toiley, and performing associated personal hygiene.

- **Continence:** Ability to maintain control of bowel and cladder function; or, when unable to maintain control or bowel or bladder function, the ability to perform associated personal hygiene (including caring for catheter or colostomy bag).

- **Eating:** Feeding oneself by getting food into the body from a receptacle (such as a plate, cup or table) or by feeding tube or intravenously.

[…]

**"Plan of Care"** means a plan prescribed by a Licensed Health Care Practitioner that identifies ways of meeting the Qualified Long-Term Care Services needs of a person who is Chronically Ill.

[…]

**"Severe Cognitive Impairment"** means a deterioration or loss in intellectual capacity that places a person in jeopardy of harming him or herself and, therefore, the person requires substantial supervision by another individual. Deterioration or loss must be measured by clinical evidence and standardized tests which reliably measure impairment in short or long term memory; orientation to people, places or time; and deductive or abstract reasoning.

[…]

## 2.    Benefits: Eligibility

## A.    When You Are Eligible For Benefits

You are eligible to receive Benefits only if We are provided with proof satisfactory to Us that You are Chronically Ill. **"Chronically Ill"** means that:

1.    You are unable to perform, without substantial assistance from another individual, at least 2 Activities of Daily Loving for a period of at least 90 days due to a loss of functional capacity; of

2.    You require substantial supervision to protect You from threats to health and safety due to Severe Cognitive Impairment.

A Licensed Health Care Practitioner must have certified in the last 12 months that You are Chronically Ill for You to be eligible for benefits.

### Count I – Marilyn Seymour

1-5.    For Paragraphs 1 through 5 of Count I, Plaintiff readopts and incorporates Paragraphs 1 through 5 of the General Allegations as though fully set forth herein.

6.    On or about April 11, 2017, MetLife received Marilyn's initial claim requesting long-term care benefits under MetLife's Policy.

7.    MetLife denied Marilyn's claim request to receive her long-term care benefits.

8.    On or about July 21, 2017, MetLife received Marilyn's request for an appeal of MetLife's denial of Marilyn's initial claim.

9.    On or about September 22, 2017, MetLife denied Marilyn's appeal request because MetLife determined that Marilyn did not meet the "Chronically Ill" requirement under the Policy.

10.    On or about July 26, 2017, Dr. Gordon Allan recommended Marilyn see a

foot specialist for her complaints of right foot bunion and hammer toes.

11. On or about July 14, 2017, Dr. John Malcott noted he was seeing Marilyn for a chronic cough and a reported history of compression fractures since 1970.

12. On or about September 6, 2017, Dr. Idusuyi noted Marilyn has certain toe deformities and recommended a right foot bunionectomy proximal chevron osteotomy with repair of crossover toe deformity.

13. On or about July 12, 2017, Marilyn was treated at Passavant Area Hospital's emergency department for back pain. An x-ray showed multi-level changes with mild grade anterolistesis of L4 and L5 and was advised to avoid lifting or bending at the waist.

14. On or about July 17, 2017, Knollwood Retirement Community updated Marilyn's Service Plan noting Marilyn needed assistance with bathing in a whirlpool tub twice per week, used a cane for ambulation, and required assistance with dressing, specifically with bra clasps and shoes.

15. On or about August 1, 2017, a handwritten note from Knollwood Retirement Community noted that Marilyn required assistance with showers following whirlpool baths.

16. Given Marilyn's claim for long-term care benefits under the insurance policy and MetLife having denied that claim due to its belief Marilyn does not meet the "Chronically Ill" requirement under the Policy, there exists an actual controversy between the parties that is proper to resolve through a declaratory judgment pursuant to 735 ILCS 5/2-701.

WHEREFORE, the Plaintiff, Marilyn K. Seymour, respectfully requests that this

Court:

A.    Enter a declaratory judgment finding:

1.    That Plaintiff is eligible for benefits under her long-term care policy;
and

2.    That Plaintiff's application for benefits, received by Defendant on
April 11, 2017, should have been approved; and

B.    Grant to Plaintiff whatever different relief may be warranted under the
circumstances.

## Count II – Donald Seymour

1-5..  For Paragraphs 1 through 5 of Count II, Plaintiff readopts and incorporates
Paragraphs 1 through 5 of the General Allegations as though fully set forth herein.

6.    On or about April 11, 2017, MetLife received Donald's initial claim
requesting long-term care benefits under MetLife's Policy.

7.    On or about July 18, 2017, MetLife denied Donald's claim request to
receive his long-term care benefits.

8.    On or about July 27, 2017, MetLife received Donald's request for an
appeal of MetLife's denial of Donald's initial claim.

9.    On or about September 27, 2017, MetLife denied Donald's appeal request
because MetLife determined that Donald did not need substantial assistance with at
least two (2) ADLs for a period of at least 90 days.

10.   On or about July 26, 2017, Dr. Dave Sandercock saw Donald and noted
that Donald needed assistance with at least two (2) ADLs and Donald's health was
declining both mentally and physically. Dr. Sandercock also noted that Donald required

substantial supervision to protect him from threats to health and safety due to severe cognitive deterioration over the previous six (6) months.

11. On or about August 2, 2017, Donald was treated by Dr. Cecile Becker. Donald was assessed for his Parkinson's disease and dementia. Dr. Becker noted that Donald needed assistance bathing, dressing, medication, and food preparations. Dr. Baker noted Donald's memory loss had worsened and he had sustained a few falls.

12. On or about August 3, 2017, Bobbi Flynn, RN at Knollwood Retirement Living conducted a quarterly assessment of Donald. Ms. Flynn noted Donald's medical diagnoses to include: Alzheimer's disease, Diabetes Type I, Parkinson's disease, coronary artery disease, gait instability, gastroparesis, hyperlipidemia, hypertension, and knee pain. Ms. Flynn also noted that Donald needed assistance with medication reminders, insulin pump and sensor management, bathing, dressing, meals, housekeeping, laundry, and transportation.

13. Given Donald's claim for long-term care benefits under the insurance policy and MetLife having denied that claim due to its belief Donald does not require substantial assistance with at least two (2) ADLs for a period of 90 days under the Policy, there exists an actual controversy between the parties that is proper to resolve through a declaratory judgment pursuant to 735 ILCS 5/2-701.

WHEREFORE, the Plaintiff, Donald L. Seymour, respectfully requests that this Court:

A. Enter a declaratory judgment finding:

1. That Plaintiff is eligible for benefits under his long-term care policy; and

2.    That Plaintiff's application for benefits, received by Defendant on April 11, 2017, should have been approved; and

B.    Grant to Plaintiff whatever different relief may be warranted under the circumstances.

Marilyn K. Seymour and Donald L. Seymour, Plaintiffs

By:    RAMMELKAMP BRADNEY, P.C.,
their attorneys

By:    _Samantha A. Dudzinski_
Samantha A. Dudzinski, of Counsel

Attorneys for Plaintiff:
Rammelkamp Bradney, P.C.
Anthony J. DelGiorno, Counsel
Samantha A. Dudzinski, Counsel
232 West State Street, P.O. Box 550
Jacksonville, Illinois 62651
Telephone: (217) 245-6177
Fax: (217) 243-7322
E-mail: pleadingsspr@rblawyers.net

# VERIFICATION

STATE OF ILLINOIS       )
                          ) SS
COUNTY OF MORGAN     )

      Marilyn K. Seymour and Donald L. Seymour, being first duly sworn, on oath each depose and state that the contents of the foregoing Petition are true and correct except as to matters alleged to be on information and belief which matters are believed to be true.

_____
Marilyn K. Seymour

Subscribed and sworn to before me
this _8th_ day of _March_____, 2018.

_____
Notary Public

> **"OFFICIAL SEAL"**
> **GAIL A WILCOX**
> **NOTARY PUBLIC, STATE OF ILLINOIS**
> **MY COMMISSION EXPIRES Dec. 16, 2019**

_____
Donald L. Seymour

Subscribed and sworn to before me
this _8th_ day of _March_____, 2018.

_____
Notary Public

> **"OFFICIAL SEAL"**
> **GAIL A WILCOX**
> **NOTARY PUBLIC, STATE OF ILLINOIS**
> **MY COMMISSION EXPIRES Dec. 16, 2019**

**SCHEDULE OF BENEFITS:  EFFECTIVE MARCH 1, 2017
(REPLACES ANY PREVIOUS SCHEDULE OF BENEFITS)
Nursing Home/Assisted Living Facilities Plan**

Waiting Period                                        30 days of Covered Services

**TYPE OF COVERED SERVICE**                           **BENEFIT**

Nursing Home and Hospice Facility:                    $150/day*(1)

Assisted Living Facility:                             $150/day*(1)

Initial Care Advisory Visit:**(2)                    100% Charge not to exceed $250;
                                                     1 visit per lifetime

Transition Expense Benefit:**(2)                     The actual Charge not to exceed
                                                     5 times Nursing Home Benefit.

Respite Care:**(2)                                   Reimbursed based on type of care received.
                                                     Maximum 21 days per Calendar year

Total Lifetime Benefit:                              Unlimited
(does not reflect claims paid or payable).

Inflation Coverage:                                  Optional Periodic Increase

Nonforfeiture Coverage:                              Not included

Annual Contribution:                                 $3,040.08

Annual Contribution with applicable discount(s):     $2,712.12

Covered Person:  Marilyn K. Seymour                  SS Number: XXX-XX-XXXX
Address:          Redacted
                                                     Original Effective Date: March 1, 2000
                 Jacksonville, IL      Redacted

*(1)There is no daily maximum.  Instead, there is a monthly maximum.  The monthly benefit is the
Benefit listed above multiplied by the number of days in a given month (e.g., 30 or 31) and will be paid
up to 100% of the charge.

**(2)These services do not satisfy the Waiting Period requirements.

Form G.LTC4798

EXHIBIT A

AARP-NHO-IL
0704

# TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Certificate and Schedule of Benefits | |
| Definitions | |
| Coverage:  Eligibility, Enrollment, Effective Date | 1 |
| Benefits: Eligibility | 6 |
| Waiting Period | 6 |
| What Services Are Covered Under This Plan | 7 |
| Exclusions | 8 |
| Coordination of Benefits | 10 |
| Submitting Proof of Claim | 11 |
| Payment of Benefits | 11 |
| Changing Benefits | 12 |
| Contributions | 12 |
| Grace Period | 14 |
| Waiver of Contributions | 15 |
| When Your Coverage Ends | 15 |
| Reinstatement of Coverage | 15 |
| Extension of Benefits | 16 |
| Continuation Coverage | 16 |
| Nonforfeiture Coverage | 16 |
| General Provisions | 17 |
|  | 17 |

Form G.LTC4798

AARP-NHO-IL
0704

# DEFINITIONS

**"Activities of Daily Living" ("ADL")** means any of the following:

- **Bathing:** Washing oneself by sponge bath; or in either a tub or shower, including the task of getting into or out of the tub or shower.

- **Dressing:** Putting on and taking off all items of clothing and any necessary braces, fasteners, or artificial limbs.

- **Transferring:** Moving into or out of a bed, chair or wheelchair.

- **Toileting:** Getting to and from the toilet, getting on and off the toilet, and performing associated personal hygiene.

- **Continence:** Ability to maintain control of bowel and bladder function; or, when unable to maintain control of bowel or bladder function, the ability to perform associated personal hygiene (including caring for catheter or colostomy bag).

- **Eating:** Feeding oneself by getting food into the body from a receptacle (such as a plate, cup or table) or by a feeding tube or intravenously.

**"Assisted Living Facility"** means a facility (including Alzheimer's facilities) that satisfies all of the following:

- maintains all appropriate licensing required under the laws of the jurisdiction in which it is located to provide Maintenance or Personal Care; and

- provides 24-hour a day care and services sufficient to assist clients with needs which result from the inability to perform Activities of Daily Living or Severe Cognitive Impairment; and

- whose residents are not related to the owner or manager of the facility; and

- has a minimum of 6 residents; and

- uses aides trained or certified to provide Maintenance or Personal Care in accordance with any laws applicable to the provision of such care; and

- provides 24 hour supervision of clients by a trained and awake staff; and

- has formal arrangements for emergency medical care; and

- maintains written records of services provided to each client; and

- provides clients with 3 meals a day; and

- has appropriate methods and procedures to assist in administering prescribed drugs where allowed by law.

It is not other than incidentally a hotel, motel, a place for rest or a place for drug addicts or alcoholics. Retirement homes, congregate living, senior housing, or other facilities primarily intended to provide residential services but not Maintenance or Personal Care do not typically qualify as an Assisted Living Facility. If an institution has multiple licenses or purposes, only that section of the institution specifically meeting the definition of Assisted Living Facility will qualify as an Assisted Living Facility.

Form G.LTC4798                                    1

AARP-NHO-IL
0704

**"Bed Reservation Benefit"** means the Benefit payable toward charges You incur to reserve accommodations in a Nursing Home, Hospice, or Assisted Living Facility if, while confined in such institution, You are transferred to a Hospital for acute care on a short term basis.

**"Benefits"** means the amount We will pay for a Covered Service.

**"Calendar Year"** means a period starting on any January 1 and ending the next December 31.

**"Care Advisor"** means a health care professional from a Care Management Organization.

**"Care Advisory Services"** means the following services performed by a Care Advisor:

- assessing long-term care service needs;
- developing a long-term care service plan;
- requisitioning and coordinating long-term care services;
- implementing the long-term care service plan; and
- periodically monitoring and reassessing long-term care services.

**"Care Management Organization"** means an organization operated and licensed as a Care Management Organization under the laws of the jurisdiction in which it is located; or other organization that satisfies all of the following:

- provides Care Advisory Services; and
- has a full-time administrator; and
- maintains written records of services provided to each client; and
- has a staff including at least 1 Nurse and 1 Social Worker.

**"Certificate"** means this certificate and any endorsements attached to this certificate.

**"Contribution(s)"** means the amount You must pay towards the total premium charged by Us for Your Coverage. Contributions will not exceed the premium charged by Us for Your Coverage.

**"Contribution Due Date"** means the date(s) on which each of Your Contributions are due.

**"Coverage"** means the specific long-term care coverage that is in effect for You under This Plan as shown in Your SCHEDULE OF BENEFITS and described in this Certificate.

**"Covered Person(s)"** means an AARP member or Spouse who has long-term care coverage in effect under This Plan.

**"Covered Services"** means Qualified Long-Term Care Services for which Coverage is specifically provided under and subject to the terms of the Group Policy.

**"Custodial Care"** means services provided on an extended basis to a person who is Chronically Ill which are aimed at maintaining a person's health and/or preventing deterioration in the person's functional status. Custodial Care does not include any transportation service or other service which is primarily for personal convenience or companionship.

**"Designated Care Management Organization"** means a Care Management Organization selected by Us to whom We make direct payment.

**"Eligible Member"** means an AARP member age 50-79.

Form G.LTC4798

2

AARP-NHO-IL
0704

**"Formal Caregiver"** means any of the following: a Nurse; Care Advisor, Therapist or Social Worker. Members of the Covered Person's Immediate Family do not qualify as Formal Caregivers.

**"Group Long-Term Care Insurance Policy"** or **"Group Policy"** means the group insurance policy issued to the Group Policyholder and any exhibits to the group insurance policy (including any Certificate), and any amendment, endorsement or rider to the group insurance policy or exhibits.

**"Group Policyholder"** means Trustees of the AARP Insurance Plan.

**"Hospice"** means a facility, unit of a facility, public or private agency or subdivision of a public or private agency that meets federal certification requirements as a hospice, or is comparably licensed under applicable state laws to provide care or management of the Terminally Ill.

**"Hospice Care"** means services provided by a Hospice for the care or management of a Terminal Illness.

**"Hospital"** means a facility that is licensed as a hospital and:

- provides a broad range of 24 hour a day medical and surgical services for sick and injured persons by, or under the supervision of, a staff of Physicians; and

- provides Nursing Care 24 hours a day.

**"Immediate Family"** means a Covered Person's Spouse, child (natural, step or adopted), parent, sibling, grandchild, or in-law. It also includes anyone else who normally resides in the Covered Person's home.

**"Initial Care Advisory Visit"** means the service provided by a Care Advisor to:

- assess Your need for long-term care services; and
- develop or work with others to develop options for Your long-term care; and
- discuss the long-term care options with You, Your family or Your Representative.

**"Licensed Health Care Practitioner"** means a Physician, any registered professional nurse, or licensed social worker, which includes any social worker who has been issued a license, certificate, or similar authorization to act as a social worker by a state or a body authorized by a state to issue such authorization or other individual who meets such requirements as may be prescribed by the U.S. Secretary of the Treasury.

**"Maintenance or Personal Care"** means any care with the primary purpose of providing needed assistance with any of the disabilities that result in the individual being Chronically Ill (including protection from threats to health and safety due to Severe Cognitive Impairment).

**"Maximum Monthly Benefit"** means the Nursing Home, Assisted Living Facility and Hospice Facility Benefit as shown on the Schedule of Benefits multiplied by the number of days in a given month (e.g. 30, 31).

**"Medicaid"** means any state medical assistance program under Title XIX of the Social Security Act as it is now and as it may be amended.

**"Medicare"** means the Health Insurance for the Aged and Disabled provisions of Title XVIII of the Social Security Act as amended.

**"Nurse"** means a registered professional nurse (R.N.), licensed practical nurse (L.P.N.) or licensed vocational nurse (L.V.N.) who is currently licensed in the state in which the services are provided.

**"Nursing Care"** means services requiring the professional skills of a Nurse, provided by a Nurse, under the orders of a Physician, for the purpose of improving or maintaining the Covered Person's health.

**"Nursing Home"** means a facility that is licensed as a nursing facility under the laws of the jurisdiction in which it is located, or other organization approved by Us, that satisfies all of the following requirements:

- has appropriate licensure for a business under the laws of the jurisdiction in which it is located that provides Maintenance or Personal Care; and

- has 24 hour a day Nursing Care; and

- has 24 hour a day Maintenance or Personal Care provided by a trained/certified and awake staff supervised by a Nurse; and

- maintains a written record of services provided to each client; and

- has formal arrangements for emergency medical care; and

- services are not limited to provision of food, shelter and other residential services such as laundry; and

- residents are not related to the owner or manager of the facility; and

- is not, other than incidentally a Hospital (except a distinct part of a Hospital which is a nursing facility), a residential facility, hotel, motel, place for rest, home for the aged, sheltered living accommodation, facility for the treatment of mental illness, continuing care retirement community or similar entity, or place for drug addicts or alcoholics.

**"Physician"** means a physician as defined in section 1861(r)(1) of the Social Security Act.

**"Plan of Care"** means a plan prescribed by a Licensed Health Care Practitioner that identifies ways of meeting the Qualified Long-Term Care Services needs of a person who is Chronically Ill.

**"Representative"** means the person designated by You or by a court of law to represent You.

**"Severe Cognitive Impairment"** means a deterioration or loss in intellectual capacity that places a person in jeopardy of harming him or herself or others and, therefore, the person requires substantial supervision by another individual. Deterioration or loss must be measured by clinical evidence and standardized tests which reliably measure impairment in short or long term memory; orientation to people, places or time; and deductive or abstract reasoning.

**"Social Worker"** means a licensed social worker including any social worker who has been issued a license, certificate, or similar authorization to act as a social worker by a state or a body authorized by a state to issue such authorizations, or a person with a Masters in Social Work from an accredited university.

**"Spouse"** means the legal husband or wife of an Eligible Member.

**"Terminal Illness"** or **"Terminally Ill"** means an illness or injury determined by a Physician to be likely to result in a person's death within 6 months.

**"Therapist"** means a person who maintains a current license or appropriate professional certification to provide Therapy Services in the jurisdiction in which services are being provided.

**"Therapy Services"** means physical, respiratory, speech or occupational therapy services rendered by a Therapist.

**"This Plan"** means the plan of long-term care coverage that is insured under the Group Policy.

**"Total Lifetime Benefit"** means the total amount of Benefits that We will pay for charges You incur for Covered Services not including Benefits for the Initial Care Advisory Visit and Transition Expense Benefit. This amount is shown in the SCHEDULE OF BENEFITS and will change if You change Your Nursing Home Benefit.

**"We"**, **"Us"**, **"Our"** and **"MetLife"** mean Metropolitan Life Insurance Company.

**"Year"** means any consecutive period of 365 days.

**"You"** and **"Your"** mean the Covered Person named in the SCHEDULE OF BENEFITS.

# 1. Coverage: Eligibility, Enrollment, Effective Date

## A. Eligibility For Coverage

Each Eligible Member or Spouse may request enrollment for Coverage under This Plan. Each person is only eligible to enroll once for Coverage under This Plan.

## B. Enrollment/Proof of Good Health

Eligible Members and Spouses must always submit a written request for enrollment and provide proof of good health at their own expense satisfactory to Us.

## C. Effective Date of Coverage

Coverage does not become effective unless We have received Your first Contribution. The Effective Date of Your Coverage is shown on Your SCHEDULE OF BENEFITS.

# 2. Benefits: Eligibility

## A. When You Are Eligible For Benefits

You are eligible to receive Benefits only if We are provided with proof satisfactory to Us that You are Chronically III. "Chronically III" means that:

1. You are unable to perform, without substantial assistance from another individual, at least 2 Activities of Daily Living for a period of at least 90 days due to a loss of functional capacity; or

2. You require substantial supervision to protect You from threats to health and safety due to Severe Cognitive Impairment.

A Licensed Health Care Practitioner must have certified in the last 12 months that You are Chronically III for You to be eligible for benefits.

## B. Initial Eligibility for Benefits

To start the process, You or someone acting on Your behalf must call Our toll-free number 800-247-2335 to inform Us of Your request for a determination of eligibility for Benefits and the reasons for it.

If We require more information:

- We or a person designated by Us may contact You, Your Representative, Your Physician or other persons familiar with Your condition; and

- We or a person designated by Us may need to access Your medical records to obtain information about Your condition (We cannot determine Your eligibility for Benefits if We are denied access to Your medical records); and

- We have the right to have You examined, at Our expense, by a healthcare provider and to conduct an on-site assessment.

### C. Continuing Eligibility for Benefits

We have the right to review Your continuing eligibility to receive Benefits. In order to remain eligible for Benefits, at least once every 12 months (but no more frequently than every 60 days), You must be re-certified as Chronically Ill by a Licensed Health Care Practitioner. To continue to be eligible for Benefits, you must submit proof satisfactory to Us that You continue to be Chronically Ill.

### D. Notification

If You are certified as Chronically Ill, You are eligible for Benefits. We will send written notice as soon as reasonably possible. We will send this notice no later than 10 working days after We have received all the information We need to assess Your condition. The notice will state the date as of which You have been certified as Chronically Ill.

When We notify You that You are eligible for Benefits, We will provide You or Your Representative with forms to be used to submit proof of a claim for Benefits. Please refer to "Submitting Proof of Claim" for claims submission requirements.

### E. Denial of Eligibility for Benefits

If You are not certified as Chronically Ill, You are not eligible for Benefits. We will send written notice of Our decision as soon as reasonably possible. We will send this notice no later than 10 working days after We have received all the information We need to assess Your condition.

You or Your Representative may ask Us to more fully explain our denial. Within 60 days of the date We receive such a written request: (a) We will provide a written explanation of the reasons for the denial; and (b) make available all information directly relating to such denial.

You or Your Representative may appeal Our denial of eligibility for Benefits by following the instructions for "Appeals of Eligibility for Benefits and Claims Decisions" located in the General Provisions section of this Certificate.

## 3. Waiting Period

"Waiting Period" means the amount of time You must wait from the date You are first certified as Chronically Ill until the date benefits for Covered Services can begin to be payable. The Waiting Period will be satisfied once You have received 30 days of Nursing Home, Hospice or Assisted Living Care (but not Respite Care) while You are certified as Chronically Ill.

Only days during which You receive one of the above Covered Services will be applied toward the Waiting Period.

If You cease to be Chronically Ill before completing the Waiting Period, no Benefits will begin to be payable. However, should We subsequently determine that You are again Chronically Ill, We will credit the portion of that Waiting Period that You did complete toward the completion of Your 30 day Waiting Period.

Once You have completely satisfied the Waiting Period, You will not have to satisfy it again during the lifetime of Your Certificate.

The Waiting Period is not required for Benefits to be payable for Respite Care or an Initial Care Advisory Visit.

## 4.   What Services are Covered Under This Plan

Only the services defined below as Covered Services are Covered Services for which Benefits are payable under This Plan.

### A.   QUALIFIED LONG-TERM CARE SERVICES

Benefits are payable for Covered Services only if the Covered Service is a "Qualified Long-Term Care Service".

"Qualified Long-Term Care Service" means that all of the following requirements are met:

- The services are required by a Covered Person; and
- The Covered Person is certified as Chronically Ill by a Licensed Health Care Practitioner; and
- The services are necessary diagnostic, preventive, therapeutic, curing, treating, mitigating and rehabilitative services and Maintenance or Personal Care Services that are required by a person who is Chronically Ill; and
- The services are provided pursuant to a Plan of Care.

Qualified Long-Term Care Service includes Maintenance or Personal Care.

### B.   Covered Services

Benefits for Covered Services are only payable if You have been certified as Chronically Ill. Benefits for Respite Services and the Initial Care Advisory Visit are payable before the completion of the Waiting Period, whereas all other Benefits are payable only for Covered Services received after the end of a completed Waiting Period.

Medications prescribed by a healthcare provider or professional fees charged by a Physician are not Covered Services under This Plan.

#### Initial Care Advisory Visit

You are eligible to receive, at no charge to You, one Initial Care Advisory Visit from a Designated Care Management Organization. To make arrangements, You or someone acting on Your behalf must call Our toll-free number and request an Initial Care Advisory Visit. If a Designated Care Management Organization is not available, You may select a Care Management Organization to conduct an Initial Care Advisory Visit. In this case, We will pay the Benefit shown in the SCHEDULE OF BENEFITS.

#### Transition Expense Benefit

After You complete the Waiting Period and You are certified as Chronically Ill, We will pay Benefits for expenses incurred during or after the Waiting Period if the expense was incurred on a day You were Chronically Ill up to the amount shown in the SCHEDULE OF BENEFITS for Transition Expenses.

"Transition Expense Benefit" means items required to provide Qualified Long-Term Care Services, for example, personal emergency response systems or durable medical equipment and assistive devices. We will not pay for home modifications that are otherwise Qualified Long-Term Care Services if they would increase the value of Your living quarters. Payment of the Transition Expense Benefit will not reduce Your Total Lifetime Benefit.

The Transition Expense Benefit is not available under the Nonforfeiture Coverage.

### Services Provided in a Nursing Home, Hospice Facility or Assisted Living Facility

We will pay the Benefit shown in the SCHEDULE OF BENEFITS for the following Qualified Long-Term Care Services received on any day in a Nursing Home, Assisted Living Facility or Hospice Facility:

- Room and board accommodations;

- Nursing Care, Maintenance or Personal Care, Therapy Services and Hospice Care provided by a Formal Caregiver; or

- Bed Reservation Benefit up to 21 days per Calendar Year. The Benefit for the Bed Reservation Benefit shall not exceed the Benefit payable if You had been confined in the Nursing Home, Assisted Living Facility or Hospice on that day.

Each month You may receive one or more Covered Services. The Benefit for Services provided in a Nursing Home, Hospice Facility or Assisted Living Facility in any given month will never be greater than 100% of the Maximum Monthly Benefit.

### Respite Services

We will pay the Benefit shown in the SCHEDULE OF BENEFITS for Respite Services. "Respite Services" means Qualified Long-Term Care Services that meet all of the following requirements:

- they are received prior to the completion of the Waiting Period;

- they are provided in a Nursing Home, Assisted Living Facility or a Hospice Facility by a Formal Caregiver;

- they are specifically provided as a temporary substitute for Qualified Long-Term Care Services for which You are normally not obligated to pay.

You do not have to satisfy a Waiting Period to receive Benefits for Respite Services. However, Benefits for Respite Services will not count toward Waiting Period days.

Respite Services will be reimbursed for up to a maximum of 21 days per Calendar Year according to the type of service received. If You receive Qualified Long-Term Care Services in a Nursing Home, Hospice Facility or Assisted Living Facility from a Formal Provider, You will be reimbursed up to the daily benefit for the particular type of service received as shown on the Schedule of Benefits. If You receive more than one type of Respite Service on the same day, the maximum benefit payable is the Nursing Home daily benefit.

**Alternate Plan of Service**

**"Alternate Plan of Service"** means Qualified Long-Term Care Services which are not otherwise specifically defined above as a Covered Service. Benefits will be payable for an Alternate Plan of Service only if We determine, in Our sole discretion, that all of the following requirements are met with respect to each Alternate Plan of Service:

- it is provided in a facility; and
- service falls within guidelines established by Us as an approved Alternate Plan of Service; and
- it effectively meets Your long-term care service needs; and
- it is, for You, a cost-effective alternative to services otherwise covered under this Plan; and
- it is not provided by a member of Your Immediate Family.

The Benefit payable for an Alternate Plan of Service shall be the lesser of:

- the actual cost of the services provided; or
- the Benefit for the most closely related defined Covered Service, as determined by Us.

# 5.   Exclusions

The Group Long-Term Care Insurance Policy does **not** provide Benefits for any of the following:

A.   Care specifically provided for detoxification of or rehabilitation for alcohol or drug abuse (chemical dependency), except drug abuse sustained at the hands of or while being treated by a Physician for an injury or sickness.

B.   Any service or supply received outside the United States or its territories.

C.   Illness, treatment or medical condition arising out of:

- war or act of war (whether declared or undeclared);
- participation in a felony, riot or insurrection;
- service in the armed forces or auxiliary units;
- attempted suicide (while sane or insane) or intentionally self-inflicted injury; or
- aviation (this applies only to non-fare paying passengers).

D.   Treatment provided in a government facility, unless otherwise required by law.

E.   Any care provided while in a Hospital, except for confinement in a distinct part of a Hospital which is licensed as a Nursing Home or Hospice.

F.   Any service or supply to the extent that such expenses are reimbursable under Medicare, or would be so reimbursable but for the application of a deductible or coinsurance or copayment amount. This exclusion will not apply in those instances where Medicare is determined to be secondary payor under applicable law.

G.   Services for which no charge is normally made in the absence of insurance.

Form G.LTC4798

10

AARP-NHO-IL
0704

## 6.   Coordination of Benefits

We will reduce Your Benefits by the dollar amount payable by any of the following, to the extent that the combination of Your Benefit and amounts payable or which would be payable by any of the following exceed 100% of the actual charge for the covered expenses:

- any federal, state or other governmental health care plan or law (except Medicaid); or
- any motor vehicle no-fault law.

## 7.   Submitting Proof of Claim

### A.   How to Submit a Claim

We will pay Benefits only upon receipt of adequate written proof that You have incurred expenses for Covered Services.

To assist Us in determining whether You have incurred expenses for Covered Services:

- We or a person designated by Us may contact You, Your Representative, Your Physician or other persons familiar with the services provided to You; and

- We or a person designated by Us may need to access Your medical records to obtain information about Your condition or the services provided to You (We cannot approve a claim for Benefits if We are denied access to Your medical records); and

- We have the right to have You examined, at Our expense, by a healthcare provider and to conduct an on-site assessment; and

- We have the right to require You to submit to Us Your Explanations of Benefits from Medicare or documentation from any other source from whom You may have received reimbursement for the same Covered Service.

You must submit written proof of claim no later than 90 days after the end of the Calendar Year in which the expenses were incurred. Failure to submit proof of claim within the time limit may result in a claim denial unless it is shown that:

- It was not reasonably possible to provide proof of claim within the time period; and
- Proof of claim was submitted as soon as reasonably possible.

### B.   Approval of Claims

If We approve Your claim for Benefits, We will send written notice of Our decision as soon as reasonably possible. In no event will We send this notice later than 10 working days after We have received all the information We need to assess Your claim.

### C.   Denial of Claims

If We deny Your claim for Benefits, in whole or in part, We will send written notice of Our decision as soon as reasonably possible. In no event will We send this notice later than 10 working days after We have received all the information We need to assess Your claim.

You or Your Representative may ask Us to more fully explain our denial. Within 60 days of the date We receive such a written request: **(a)** We will provide a written explanation of the reasons for the denial; and **(b)** make available all information directly relating to such denial.

You or Your Representative may appeal Our denial of Your claim by following the instructions for "Appeals of Eligibility for Benefits or Claims Decisions" located in the General Provisions section of this Certificate.

## 8. Payment of Benefits

All Benefits are shown in the SCHEDULE OF BENEFITS.

All Benefits will be paid in U.S. currency. All Benefits will be paid directly to You unless You have completed a valid assignment of Benefits to a provider of long-term care services.

We will not honor any assignment of Benefits to Providers of Alternate Plan of Service or for the Transition Expense Benefit.

All Benefits (other than the Transition Expense Benefit and the Initial Care Advisory Visit) will be counted toward the Total Lifetime Benefit and payment of these Benefits will be limited to the Total Lifetime Benefit.

## 9. Changing Benefits

While You are a Covered Person, there are circumstances under which You may change Your Benefits. You may never change Benefits while Nonforfeiture Coverage is in effect for You. As stated in "Contributions," a change in Benefits may result in a change in the amount of Your Contribution.

We must approve, in writing, any change in Benefits other than the Automatic Inflation Protection Increase. If We approve the change, We will send You written notice of the effective date and nature of the change. If We do not approve the change, We will send You a form stating what You must do to appeal Our denial. The following are the circumstances under which You may request a change in Your Benefits:

**A.** **Automatic Inflation Protection Increase** *(available only if shown in SCHEDULE OF BENEFITS)*

On each January 1, Your Nursing Home Benefit will increase at a rate of 5% compounded annually (rounded to the next highest $1) for the period from the effective date of the previous Automatic Inflation Protection increase and extending until the effective date of the current Automatic Inflation Protection Increase. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also increase at the same percentage rate as Your Nursing Home Benefit increases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will increase by that same percentage rate.

Automatic Inflation Protection increases are made without regard to Your age, claim status, claim history or the length of time You have been Covered under This Plan.

However, no Automatic Inflation Protection Increase will be made once Nonforfeiture Coverage is in effect for You.

**B.** **Periodic Inflation Increase (available if shown on the Schedule of Benefits)**

Every year, We will offer You the option to request a Periodic Inflation Increase. If You accept this offer, Your Nursing Home Benefit will increase at a rate of at least 5% compounded annually (rounded to the next highest $1) for the period from the effective date of the previous Periodic Inflation Increase offer and extending until the effective date of the current Periodic Inflation Increase offer. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also increase at the same percentage rate as Your Nursing Home Benefit increases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will increase by that same percentage rate.

You are eligible to request a Periodic Inflation Increase only if You accepted Our offer for a Periodic Inflation Increase at least once during the last two consecutive times this offer was made to You. We may waive this requirement, at Our sole discretion, without prejudice to our right to enforce it at a future date.

The Periodic Inflation Increase offer will be made by Us without regard to Your age, claim status, claim history or length of time You have been Covered under This Plan and Your request will be approved by Us without evidence of Your good health.

A Periodic Inflation Increase takes effect the day We approve Your request if it is the 1st day of a month; and in all other cases, the 1st day of the month following the month in which We approved Your request.

**C.** **Benefit Increases With Proof of Good Health**

You may, at any time, request an increase in Your Nursing Home Benefit. This request can be made in writing or by calling Our toll-free number. We will approve Your request only if You provide Us, at Your expense, with proof satisfactory to Us of Your good health. Increase amounts are subject to limits available at the time of Your request. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also increase at the same percentage rate as Your Nursing Home Benefit increases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will increase by that same percentage rate.

The effective date of the increase will be the day We approve Your request if it is the 1st day of a month; and in all other cases, the 1st day of the month following the month in which Your request was approved.

**D.** **Benefit Decreases**

You may, at any time, request a decrease in Your Nursing Home Benefit. This request can be made in writing or by calling Our toll-free number. The amount of the decrease is subject to limits available at the time of Your request. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also decrease at the same percentage rate as Your Nursing Home Benefit decreases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will decrease by that same percentage rate.

The effective date of the decrease will be the day We approve Your request if it is the 1st day of a month; and in all other cases, the 1st day of the month following the month in which Your request was approved.

E. **Other Coverage Changes**

You may be eligible to make other changes to Your Coverage. Such changes may require proof of good health and may impact Your Contributions. Contact Us for details.

## 10. Contributions

A. **Payment of Contribution**

Your Contribution is due and payable on the 1st day of every month. Your Contribution must be paid in U.S. currency.

B. **Changes in the Contribution Amount**

The amount of Your Contribution for Your initial Coverage is based on Your age as of the date we received Your application for such coverage.

We reserve the right to change premiums on a class basis (for example, all certificates with this form number in Your state). Accordingly, Contributions may change on a class basis. Your Contribution will not increase because You get older or Your health changes.

Contribution changes for You alone will only occur if We have accepted Your request to change Your Benefits.

C. **Contribution Amount Changes When Benefits Increase**

Your Contributions will increase for each: (a) Periodic Inflation Increase; or (b) Benefit increase approved by Us with proof of Your good health. The additional Contribution amount is based on Your age and the premium rates in effect at the time the increase takes effect.

**If You have elected the Automatic Inflation Increase, Your Contribution is not expected to increase as a result of any such increase. However, We reserve the right to adjust premium rates on a class basis. Accordingly, Contributions may change on a class basis.**

D. **Contribution Amount Changes When Benefits Decrease**

Your Contribution will decrease if We approve Your request to decrease Your Benefits. The amount of the reduction will be computed assuming that the level of Benefits purchased last are discontinued first.

E. **Discounts**

You may be eligible for one or more of the following discounts:

1. Household Discount

If 2 or more members of the same household (i.e., living at the same address) apply for and are both accepted for Coverage, they will receive a 10% discount which will be applied to each Contribution owed.

This discount will end if one member stops paying his/her Contribution for any reason other than death or "Waiver of Contributions" or there are no longer 2 or more members living in the same household unless due to receiving care in a Nursing Home, Hospice or Assisted Living Facility;

2.   EFT Discount ($2 per month); and

3.   Annual Payment Discount ($2 per month).

If You are receiving EFT or Annual Payment Discounts from other AARP insurance Coverages, the maximum discount for all Coverages (including this Coverage) will be $2 per month.

## 11.   Grace Period

There is a 31 day grace period for payment of Your Contribution. This means We must receive Your Contribution, by the 31st day after the date it is due. If We have not received Your Contribution by the end of this grace period, We will send a written notice of termination of Your Coverage to You (and to any person You have designated to receive such Notice) by first class U.S. mail, postage prepaid.

You have the right to designate an individual to receive notice of termination concurrently with any such notice We will send You. The individual You designate will not be responsible for payment of the Contribution. It is Your responsibility to notify Us of any change in Your designation.

## 12.   Waiver of Contributions

We will waive Your Contribution beginning on the date as of which You complete both the Waiting Period and are certified as Chronically Ill if that is the 1st day of a month. In all other cases, We will waive Your Contribution beginning on the 1st day of the month following the month in which You complete the Waiting Period and are certified as Chronically Ill. You must resume payment of Your Contribution beginning on the 1st day of the month following the month in which You are no longer certified as Chronically Ill.

## 13.   When Your Coverage Ends

Your Coverage will end on the earliest of:

* the last day of the month in which You notify Us that You wish to cancel Your Coverage;

* the date of Your death;

* 35 days after We send a written notice of termination of Your Coverage as stated in "Grace Period";

* the date You have received Benefits equal to Your Total Lifetime Benefit, unless You have unlimited Coverage; or

* the date the Group Policy ends, subject to the provisions in "Continuation Coverage".

If Your eligibility for Coverage was based upon Your relationship to another person, Your Coverage will not end if that relationship terminates by death or dissolution of marriage.

Form G.LTC4798

15

AARP-NHO-IL
0704

## 14. Reinstatement of Coverage

If Your Coverage ended due to non-payment of Your Contribution, We will reinstate Coverage back to the date it ended, without requiring proof of Your good health, if within 6 months of the date Coverage ended, You or Your Representative:

- submit proof acceptable to Us that You suffered a cognitive impairment or loss of functional capacity at the time Your Contribution was due; and

- submit all past due Contributions to Us.

The standard of proof We will use will be no more restrictive than as described in the "Benefits Eligibility" section in this Certificate.

If We reinstate Your Coverage, Your Contribution will be based on Your age as if Your Coverage had continued without interruption.

## 15. Extension of Benefits

If as of the date Your Coverage ends, You are certified as Chronically Ill and are confined in a Nursing Home, Hospice Facility or Assisted Living Facility, We will extend the payment of Benefits for Qualified Long-Term Care Services received in the Nursing Home, Hospice or Assisted Living Facility so long as without interruption, You remain Chronically Ill and confined in the Nursing Home, Hospice or Assisted Living Facility. Subject to the Waiting Period and all other requirements of this Group Policy, Benefits will be extended only until the earliest of:

- the date You are no longer certified as Chronically Ill; or

- the date You are no longer confined in the Nursing Home, Hospice or Assisted Living Facility; or

- the date the Total Lifetime Benefit has been paid, unless You have unlimited Coverage.

## 16. Continuation Coverage

You have the right to continue Coverage even if Your Coverage ends, except as stated below. This is called "Continuation Coverage" and it requires that You pay Contributions to Us directly when they are due. We will automatically provide Continuation Coverage unless You or Your Representative notify us that you do not want it.

Continuation Coverage is not available to the following categories of persons:

Category 1:  •  Your Coverage ends because You failed to make any required payment of Contribution when due or You notified Us that You want to end Your Coverage; or

Category 2:  •  You have already received Benefits that count toward Your Total Lifetime Benefit that are equal to Your Total Lifetime Benefit, unless You have unlimited Coverage; or

Category 3: •   The Group Policy terminates and Coverage is replaced (within 31 days after termination) by other group coverage that:

is effective on the day following termination of Coverage; and

provides Benefits which are identical to Benefits that are determined, as required under applicable law, to be substantially equivalent to or exceed those provided by this Group Policy; and

calculates premium based on Your age at inception of Coverage under this Group Policy.

## 17.   Nonforfeiture Coverage (Shortened Benefit Period) (available only if shown in SCHEDULE OF BENEFITS)

If Paid Contributions have been paid for at least 3 years and Your Coverage ends due to cancellation or nonpayment of Contributions, You will receive Nonforfeiture Coverage. **"Paid Contributions"** means Contributions You have paid that include charges for Nonforfeiture Coverage and also include any month for which payment of Your Contribution was waived.

Nonforfeiture Coverage takes effect on the "Nonforfeiture Date." **"Nonforfeiture Date"** means the 1st day following the end of the period covered by Your last Paid Contribution. Once You receive Nonforfeiture Coverage, You cannot change Your Benefits.

The same Benefits will be payable under Nonforfeiture Coverage except that the Total Lifetime Benefit will be the greater of: (a) the sum of all Paid Contributions; or (b) 30 times the daily Nursing Home Benefit in effect immediately prior to the Nonforfeiture Date. The total Benefits paid prior to and after the Nonforfeiture Date will not exceed the Total Lifetime Benefit in effect immediately prior to the Nonforfeiture Date.

## 18.   General Provisions

### A.   Appeals of Eligibility for Benefits or Claims Decisions

We will reconsider Our decision to deny Your eligibility for Benefits or Your claim for Benefits if You or Your Representative:

• make a written request to Us for a review of Our decision; and
• send this request to Us within 60 days after You receive Our denial.

We will, within 60 days of the date of Your request, review the denial and make a final decision. Our final decision will be in writing, and if a denial, will include Our specific reasons.

### B.   Qualified Long-Term Care Plan Disclosure

This Plan is intended to be a qualified long-term care insurance contract under Section 7702B(b) of the Internal Revenue Code of 1986 as amended. All terms and conditions of this Certificate and This Plan are intended to be and shall be interpreted in a manner consistent with all legal requirements of a "qualified long-term care insurance contract" as that term is defined in Section 7702B(b) of the Internal Revenue Code of 1986 as amended.

Form G.LTC4798

17

AARP-NHO-IL
0704

We reserve the right to change the terms and conditions of this Certificate and This Plan as and when necessary to maintain the Long-Term Care Policy as a "qualified long-term care insurance contract" under Section 7702B(b) of the Internal Revenue Code of 1986 as amended.

We will give You written notice of any such change as soon as reasonably possible.

## C. Statements Made By You Relating to Insurability

Any statement made by You will be deemed a representation and not a warranty. No such statement made by You which relates to insurability will be used by Us to: (a) contest the validity of Your Coverage; or (b) deny an otherwise valid claim; unless the statement was contained in a written form which had been signed by You and a copy of the form has been furnished to You.

If Your Coverage has been in force for less than 6 months, We may contest the validity of Your Coverage or deny an otherwise valid claim upon a showing of misrepresentation by You that was material to the acceptance for coverage.

If Your Coverage has been in force for at least six (6) months but less than two (2) years, We may contest the validity of Your Coverage or deny an otherwise valid claim upon a showing of misrepresentation that is both material to the acceptance for coverage and which pertains to the condition for which Benefits are sought.

If Your Coverage has been in force for two (2) years or more, We may contest the validity of Your Coverage or deny an otherwise valid claim only upon a showing that You knowingly and intentionally misrepresented relevant facts relating to Your health.

## D. Age

If Your date of birth is not correct as shown on Your Enrollment Form, an adjustment in Contribution and/or amounts of insurance may be made, as deemed appropriate by Us, based on the correct information.

## E. Assignment; No Cash Value; Premium Refunds

Neither the Group Policy nor this Certificate has any cash surrender value or other money that can be paid, assigned, or pledged as collateral for a loan or borrowed.

The Benefits payable under the Group Policy may not be assigned prior to a loss.

Any refunds of premiums, (except refunds on the death of the Covered Person or on complete surrender or cancellation of this Coverage), or any dividends or similar amounts under the Group Policy shall be applied as a reduction in future premiums or an increase in future benefits.

In the event that the relationship between MetLife and the Group Policyholder terminates and a successor carrier succeeds to that relationship, MetLife may have the right to recover from such successor carrier all or a portion of the deficit, if any, existing at such termination in respect of MetLife's financial experience under the Group Policy. In that case, there may be smaller dividends or similar amounts than would otherwise be available in the absence of such deficit to reduce Your future premiums or increase Your future Benefits under the certificate issued to You by the successor carrier or under this Certificate in the event of the continuance hereof.

**F.**   **Guaranteed Renewability**

**This Plan is Guaranteed Renewable.** This means We cannot decline to renew This Plan but We reserve the right to change premiums on a class basis. Accordingly, Contributions may change on a class basis. Your Coverage may not be canceled, nonrenewed or otherwise terminated on the grounds of Your age or the deterioration of Your mental or physical health.

However, renewal or termination of the Group Policy are matters to be determined by MetLife and the Group Policyholder in accordance with the terms of the Group Policy. As a result, no such matter requires the consent of any Covered Person or other person who has a beneficial interest under the Group Policy in order for it to take effect. You will be notified in the event AARP no longer sponsors the plan. Under the circumstances described in "Continuation Coverage", You have the right to continue Your Coverage even if This Plan terminates.

**G.**   **Right To Amend Contract Provisions**

We reserve the right to make changes in this Certificate or in the Group Policy in order to comply with federal or state laws or regulations applicable to This Plan. Any such change will apply to all Certificates under This Plan. We will give You written notice of any such change as soon as is reasonably possible.

**H.**   **Interpretation of Terms, Conditions, Provisions**

The Group Policy determines governing contractual provisions..

**I.**   **Legal Actions**

No legal action or suit to recover under this Group Long Term Care Insurance Policy may be started:

- before 60 days after proof of claim has been furnished to MetLife; or
- more than 3 years after the time the proof was required to be submitted to MetLife.

It is possible that the laws of the state where You reside may require a different time limit. If so, the above time limit shall be adjusted to agree with the shortest limit the law of that state allows.

**J.**   **Facility of Payment**

If at the time of Your death, any Benefit or Return of Contribution is payable, We may, at Our option, pay the amount of such Benefit to Your estate or to an alternative payee. Payment to an alternative payee may not exceed an amount equal to all Contributions that You have paid less any Benefits paid to You or on Your behalf under This Plan.

The alternative payee must be a person who is deemed by Us to be justly entitled to the Benefit and must be related to You by blood or marriage. We will be fully discharged to the extent of any payment We make in good faith under this provision.

Form G.LTC4798                           19

K.   **Refund to Us for Overpayment Of Benefits**

If at any time We determine that the total amount of Benefits paid to You was more than the total amount of Benefits due (including any overpayment resulting from Your subsequent recovery of other insurance proceeds or litigation damages for expenses incurred for which We have already paid Benefits to You), We have the right to recover the excess amount from You. However, We may not recover any Benefit payments paid to You or on Your behalf in the event that this certificate is rescinded.

If at any time We determine that the total amount of Benefits paid to any other person or entity was more than the total amount of Benefits due, We have the right to recover the excess amount from that person or entity.

**SCHEDULE OF BENEFITS:  EFFECTIVE DECEMBER 1, 2017**
**(REPLACES ANY PREVIOUS SCHEDULE OF BENEFITS)**
**Nursing Home/Assisted Living Facilities Plan**

Waiting Period                          30 days of Covered Services

| **TYPE OF COVERED SERVICE** | **BENEFIT** |
|---|---|
| Nursing Home and Hospice Facility: | $158/day*(1) |
| Assisted Living Facility: | $158/day*(1) |
| Initial Care Advisory Visit:**(2) | 100% Charge not to exceed $250; 1 visit per lifetime |
| Transition Expense Benefit:**(2) | The actual Charge not to exceed 5 times Nursing Home Benefit. |
| Respite Care:**(2) | Reimbursed based on type of care received. Maximum 21 days per Calendar year |
| Total Lifetime Benefit: (does not reflect claims paid or payable). | Unlimited |
| Inflation Coverage: | Optional Periodic Increase |
| Nonforfeiture Coverage: | Not included |
| Annual Contribution: | $3,386.40 |
| Annual Contribution with applicable discount(s): | $3,023.76 |

Covered Person:  Donald L. Seymour                    SS Number: XXX-XX-XXXX
Address:                Redacted

            Jacksonville, IL        Redacted          Original Effective Date: December 1, 1999

*(1)There is no daily maximum.  Instead, there is a monthly maximum.  The monthly benefit is the Benefit listed above multiplied by the number of days in a given month (e.g.,  30 or 31) and will be paid up to 100% of the charge.

**(2)These services do not satisfy the Waiting Period requirements.

Form G.LTC4798                                              AARP-NHO-IL
                                                            0704

**EXHIBIT B**

# TABLE OF CONTENTS

PAGE

Certificate and Schedule of Benefits

Definitions

Coverage:  Eligibility, Enrollment, Effective Date . . . . . . . . . . 1

Benefits: Eligibility . . . . . . . . . . . 6

Waiting Period . . . . . . . . . . . 6

What Services Are Covered Under This Plan . . . . . . . . 7

Exclusions . . . . . . . . . . . 8

Coordination of Benefits . . . . . . . . . . . 10

Submitting Proof of Claim . . . . . . . . . . . 11

Payment of Benefits . . . . . . . . . . . 11

Changing Benefits . . . . . . . . . . . 12

Contributions . . . . . . . . . . . 12

Grace Period . . . . . . . . . . . 14

Waiver of Contributions . . . . . . . . . . . 15

When Your Coverage Ends . . . . . . . . . . . 15

Reinstatement of Coverage . . . . . . . . . . . 15

Extension of Benefits . . . . . . . . . . . 16

Continuation Coverage . . . . . . . . . . . 16

Nonforfeiture Coverage . . . . . . . . . . . 16

General Provisions . . . . . . . . . . . 17

Form G.LTC4798

AARP-NHO-IL
0704

# DEFINITIONS

**"Activities of Daily Living" ("ADL")** means any of the following:

- **Bathing:** Washing oneself by sponge bath; or in either a tub or shower, including the task of getting into or out of the tub or shower.

- **Dressing:** Putting on and taking off all items of clothing and any necessary braces, fasteners, or artificial limbs.

- **Transferring:** Moving into or out of a bed, chair or wheelchair.

- **Toileting:** Getting to and from the toilet, getting on and off the toilet, and performing associated personal hygiene.

- **Continence:** Ability to maintain control of bowel and bladder function; or, when unable to maintain control of bowel or bladder function, the ability to perform associated personal hygiene (including caring for catheter or colostomy bag).

- **Eating:** Feeding oneself by getting food into the body from a receptacle (such as a plate, cup or table) or by a feeding tube or intravenously.

**"Assisted Living Facility"** means a facility (including Alzheimer's facilities) that satisfies all of the following:

- maintains all appropriate licensing required under the laws of the jurisdiction in which it is located to provide Maintenance or Personal Care; and

- provides 24-hour a day care and services sufficient to assist clients with needs which result from the inability to perform Activities of Daily Living or Severe Cognitive Impairment; and

- whose residents are not related to the owner or manager of the facility; and

- has a minimum of 6 residents; and

- uses aides trained or certified to provide Maintenance or Personal Care in accordance with any laws applicable to the provision of such care; and

- provides 24 hour supervision of clients by a trained and awake staff; and

- has formal arrangements for emergency medical care; and

- maintains written records of services provided to each client; and

- provides clients with 3 meals a day; and

- has appropriate methods and procedures to assist in administering prescribed drugs where allowed by law.

It is not other than incidentally a hotel, motel, a place for rest or a place for drug addicts or alcoholics. Retirement homes, congregate living, senior housing, or other facilities primarily intended to provide residential services but not Maintenance or Personal Care do not typically qualify as an Assisted Living Facility. If an institution has multiple licenses or purposes, only that section of the institution specifically meeting the definition of Assisted Living Facility will qualify as an Assisted Living Facility.

Form G.LTC4798                                         1

**"Bed Reservation Benefit"** means the Benefit payable toward charges You incur to reserve accommodations in a Nursing Home, Hospice, or Assisted Living Facility if, while confined in such institution, You are transferred to a Hospital for acute care on a short term basis.

**"Benefits"** means the amount We will pay for a Covered Service.

**"Calendar Year"** means a period starting on any January 1 and ending the next December 31.

**"Care Advisor"** means a health care professional from a Care Management Organization.

**"Care Advisory Services"** means the following services performed by a Care Advisor:

- assessing long-term care service needs;
- developing a long-term care service plan;
- requisitioning and coordinating long-term care services;
- implementing the long-term care service plan; and
- periodically monitoring and reassessing long-term care services.

**"Care Management Organization"** means an organization operated and licensed as a Care Management Organization under the laws of the jurisdiction in which it is located; or other organization that satisfies all of the following:

- provides Care Advisory Services; and
- has a full-time administrator; and
- maintains written records of services provided to each client; and
- has a staff including at least 1 Nurse and 1 Social Worker.

**"Certificate"** means this certificate and any endorsements attached to this certificate.

**"Contribution(s)"** means the amount You must pay towards the total premium charged by Us for Your Coverage. Contributions will not exceed the premium charged by Us for Your Coverage.

**"Contribution Due Date"** means the date(s) on which each of Your Contributions are due.

**"Coverage"** means the specific long-term care coverage that is in effect for You under This Plan as shown in Your SCHEDULE OF BENEFITS and described in this Certificate.

**"Covered Person(s)"** means an AARP member or Spouse who has long-term care coverage in effect under This Plan.

**"Covered Services"** means Qualified Long-Term Care Services for which Coverage is specifically provided under and subject to the terms of the Group Policy.

**"Custodial Care"** means services provided on an extended basis to a person who is Chronically Ill which are aimed at maintaining a person's health and/or preventing deterioration in the person's functional status. Custodial Care does not include any transportation service or other service which is primarily for personal convenience or companionship.

**"Designated Care Management Organization"** means a Care Management Organization selected by Us to whom We make direct payment.

**"Eligible Member"** means an AARP member age 50-79.

Form G.LTC4798

2

AARP-NHO-IL
0704

**"Formal Caregiver"** means any of the following:  a Nurse; Care Advisor, Therapist or Social Worker. Members of the Covered Person's Immediate Family do not qualify as Formal Caregivers.

**"Group Long-Term Care Insurance Policy"** or **"Group Policy"** means the group insurance policy issued to the Group Policyholder and any exhibits to the group insurance policy (including any Certificate), and any amendment, endorsement or rider to the group insurance policy or exhibits.

**"Group Policyholder"** means Trustees of the AARP Insurance Plan.

**"Hospice"** means a facility, unit of a facility, public or private agency or subdivision of a public or private agency that meets federal certification requirements as a hospice, or is comparably licensed under applicable state laws to provide care or management of the Terminally Ill.

**"Hospice Care"** means services provided by a Hospice for the care or management of a Terminal Illness.

**"Hospital"** means a facility that is licensed as a hospital and:

- provides a broad range of 24 hour a day medical and surgical services for sick and injured persons by, or under the supervision of, a staff of Physicians; and

- provides Nursing Care 24 hours a day.

**"Immediate Family"** means a Covered Person's Spouse, child (natural, step or adopted), parent, sibling, grandchild, or in-law.  It also includes anyone else who normally resides in the Covered Person's home.

**"Initial Care Advisory Visit"** means the service provided by a Care Advisor to:

- assess Your need for long-term care services; and
- develop or work with others to develop options for Your long-term care; and
- discuss the long-term care options with You, Your family or Your Representative.

**"Licensed Health Care Practitioner"** means a Physician, any registered professional nurse, or licensed social worker, which includes any social worker who has been issued a license, certificate, or similar authorization to act as a social worker by a state or a body authorized by a state to issue such authorization or other individual who meets such requirements as may be prescribed by the U.S. Secretary of the Treasury.

**"Maintenance or Personal Care"** means any care with the primary purpose of providing needed assistance with any of the disabilities that result in the individual being Chronically Ill (including protection from threats to health and safety due to Severe Cognitive Impairment).

**"Maximum Monthly Benefit"** means the Nursing Home, Assisted Living Facility and Hospice Facility Benefit as shown on the Schedule of Benefits multiplied by the number of days in a given month (e.g. 30, 31).

**"Medicaid"** means any state medical assistance program under Title XIX of the Social Security Act as it is now and as it may be amended.

**"Medicare"** means the Health Insurance for the Aged and Disabled provisions of Title XVIII of the Social Security Act as amended.

Form G.LTC4798

"**Nurse**" means a registered professional nurse (R.N.), licensed practical nurse (L.P.N.) or licensed vocational nurse (L.V.N.) who is currently licensed in the state in which the services are provided.

"**Nursing Care**" means services requiring the professional skills of a Nurse, provided by a Nurse, under the orders of a Physician, for the purpose of improving or maintaining the Covered Person's health.

"**Nursing Home**" means a facility that is licensed as a nursing facility under the laws of the jurisdiction in which it is located, or other organization approved by Us, that satisfies all of the following requirements:

- has appropriate licensure for a business under the laws of the jurisdiction in which it is located that provides Maintenance or Personal Care; and

- has 24 hour a day Nursing Care; and

- has 24 hour a day Maintenance or Personal Care provided by a trained/certified and awake staff supervised by a Nurse; and

- maintains a written record of services provided to each client; and

- has formal arrangements for emergency medical care; and

- services are not limited to provision of food, shelter and other residential services such as laundry; and

- residents are not related to the owner or manager of the facility; and

- is not, other than incidentally a Hospital (except a distinct part of a Hospital which is a nursing facility), a residential facility, hotel, motel, place for rest, home for the aged, sheltered living accommodation, facility for the treatment of mental illness, continuing care retirement community or similar entity, or place for drug addicts or alcoholics.

"**Physician**" means a physician as defined in section 1861(r)(1) of the Social Security Act.

"**Plan of Care**" means a plan prescribed by a Licensed Health Care Practitioner that identifies ways of meeting the Qualified Long-Term Care Services needs of a person who is Chronically Ill.

"**Representative**" means the person designated by You or by a court of law to represent You.

"**Severe Cognitive Impairment**" means a deterioration or loss in intellectual capacity that places a person in jeopardy of harming him or herself or others and, therefore, the person requires substantial supervision by another individual. Deterioration or loss must be measured by clinical evidence and standardized tests which reliably measure impairment in short or long term memory; orientation to people, places or time; and deductive or abstract reasoning.

"**Social Worker**" means a licensed social worker including any social worker who has been issued a license, certificate, or similar authorization to act as a social worker by a state or a body authorized by a state to issue such authorizations, or a person with a Masters in Social Work from an accredited university.

"**Spouse**" means the legal husband or wife of an Eligible Member.

"**Terminal Illness**" or "**Terminally Ill**" means an illness or injury determined by a Physician to be likely to result in a person's death within 6 months.

Form G.LTC4798

4

AARP-NHO-IL
0704

**"Therapist"** means a person who maintains a current license or appropriate professional certification to provide Therapy Services in the jurisdiction in which services are being provided.

**"Therapy Services"** means physical, respiratory, speech or occupational therapy services rendered by a Therapist.

**"This Plan"** means the plan of long-term care coverage that is insured under the Group Policy.

**"Total Lifetime Benefit"** means the total amount of Benefits that We will pay for charges You incur for Covered Services not including Benefits for the Initial Care Advisory Visit and Transition Expense Benefit. This amount is shown in the SCHEDULE OF BENEFITS and will change if You change Your Nursing Home Benefit.

**"We"**, **"Us"**, **"Our"** and **"MetLife"** mean Metropolitan Life Insurance Company.

**"Year"** means any consecutive period of 365 days.

**"You"** and **"Your"** mean the Covered Person named in the SCHEDULE OF BENEFITS.

## 1.  Coverage: Eligibility, Enrollment, Effective Date

**A.  Eligibility For Coverage**

Each Eligible Member or Spouse may request enrollment for Coverage under This Plan. Each person is only eligible to enroll once for Coverage under This Plan.

**B.  Enrollment/Proof of Good Health**

Eligible Members and Spouses must always submit a written request for enrollment and provide proof of good health at their own expense satisfactory to Us.

**C.  Effective Date of Coverage**

Coverage does not become effective unless We have received Your first Contribution.   The Effective Date of Your Coverage is shown on Your SCHEDULE OF BENEFITS.

## 2.  Benefits: Eligibility

**A.  When You Are Eligible For Benefits**

You are eligible to receive Benefits only if We are provided with proof satisfactory to Us that You are Chronically Ill. **"Chronically Ill"** means that:

1.  You are unable to perform, without substantial assistance from another individual, at least 2 Activities of Daily Living for a period of at least 90 days due to a loss of functional capacity; or

2.  You require substantial supervision to protect You from threats to health and safety due to Severe Cognitive Impairment.

A Licensed Health Care Practitioner must have certified in the last 12 months that You are Chronically Ill for You to be eligible for benefits.

**B.  Initial Eligibility for Benefits**

To start the process, You or someone acting on Your behalf must call Our toll-free number 800-247-2335 to inform Us of Your request for a determination of eligibility for Benefits and the reasons for it.

If We require more information:

- We or a person designated by Us may contact You, Your Representative, Your Physician or other persons familiar with Your condition; and

- We or a person designated by Us may need to access Your medical records to obtain information about Your condition (We cannot determine Your eligibility for Benefits if We are denied access to Your medical records); and

- We have the right to have You examined, at Our expense, by a healthcare provider and to conduct an on-site assessment.

6

### C.   Continuing Eligibility for Benefits

We have the right to review Your continuing eligibility to receive Benefits. In order to remain eligible for Benefits, at least once every 12 months (but no more frequently than every 60 days), You must be re-certified as Chronically Ill by a Licensed Health Care Practitioner. To continue to be eligible for Benefits, you must submit proof satisfactory to Us that You continue to be Chronically Ill.

### D.   Notification

If You are certified as Chronically Ill, You are eligible for Benefits. We will send written notice as soon as reasonably possible. We will send this notice no later than 10 working days after We have received all the information We need to assess Your condition. The notice will state the date as of which You have been certified as Chronically Ill.

When We notify You that You are eligible for Benefits, We will provide You or Your Representative with forms to be used to submit proof of a claim for Benefits. Please refer to "Submitting Proof of Claim" for claims submission requirements.

### E.   Denial of Eligibility for Benefits

If You are not certified as Chronically Ill, You are not eligible for Benefits. We will send written notice of Our decision as soon as reasonably possible. We will send this notice no later than 10 working days after We have received all the information We need to assess Your condition.

You or Your Representative may ask Us to more fully explain our denial. Within 60 days of the date We receive such a written request: (a) We will provide a written explanation of the reasons for the denial; and (b) make available all information directly relating to such denial.

You or Your Representative may appeal Our denial of eligibility for Benefits by following the instructions for "Appeals of Eligibility for Benefits and Claims Decisions" located in the General Provisions section of this Certificate.

## 3.   Waiting Period

"Waiting Period" means the amount of time You must wait from the date You are first certified as Chronically Ill until the date benefits for Covered Services can begin to be payable. The Waiting Period will be satisfied once You have received 30 days of Nursing Home, Hospice or Assisted Living Care (but not Respite Care) while You are certified as Chronically Ill.

Only days during which You receive one of the above Covered Services will be applied toward the Waiting Period.

If You cease to be Chronically Ill before completing the Waiting Period, no Benefits will begin to be payable. However, should We subsequently determine that You are again Chronically Ill, We will credit the portion of that Waiting Period that You did complete toward the completion of Your 30 day Waiting Period.

Once You have completely satisfied the Waiting Period, You will not have to satisfy it again during the lifetime of Your Certificate.

The Waiting Period is not required for Benefits to be payable for Respite Care or an Initial Care Advisory Visit.

## 4. What Services are Covered Under This Plan

Only the services defined below as Covered Services are Covered Services for which Benefits are payable under This Plan.

### A. QUALIFIED LONG-TERM CARE SERVICES

Benefits are payable for Covered Services only if the Covered Service is a "Qualified Long-Term Care Service".

"**Qualified Long-Term Care Service**" means that all of the following requirements are met:

- The services are required by a Covered Person; and

- The Covered Person is certified as Chronically Ill by a Licensed Health Care Practitioner; and

- The services are necessary diagnostic, preventive, therapeutic, curing, treating, mitigating and rehabilitative services and Maintenance or Personal Care Services that are required by a person who is Chronically Ill; and

- The services are provided pursuant to a Plan of Care.

Qualified Long-Term Care Service includes Maintenance or Personal Care.

### B. Covered Services

Benefits for Covered Services are only payable if You have been certified as Chronically Ill. Benefits for Respite Services and the Initial Care Advisory Visit are payable before the completion of the Waiting Period, whereas all other Benefits are payable only for Covered Services received after the end of a completed Waiting Period.

Medications prescribed by a healthcare provider or professional fees charged by a Physician are not Covered Services under This Plan.

#### Initial Care Advisory Visit

You are eligible to receive, at no charge to You, one Initial Care Advisory Visit from a Designated Care Management Organization. To make arrangements, You or someone acting on Your behalf must call Our toll-free number and request an Initial Care Advisory Visit. If a Designated Care Management Organization is not available, You may select a Care Management Organization to conduct an Initial Care Advisory Visit. In this case, We will pay the Benefit shown in the SCHEDULE OF BENEFITS.

#### Transition Expense Benefit

After You complete the Waiting Period and You are certified as Chronically Ill, We will pay Benefits for expenses incurred during or after the Waiting Period if the expense was incurred on a day You were Chronically Ill up to the amount shown in the SCHEDULE OF BENEFITS for Transition Expenses.

"Transition Expense Benefit" means items required to provide Qualified Long-Term Care Services, for example, personal emergency response systems or durable medical equipment and assistive devices. We will not pay for home modifications that are otherwise Qualified Long-Term Care Services if they would increase the value of Your living quarters. Payment of the Transition Expense Benefit will not reduce Your Total Lifetime Benefit.

The Transition Expense Benefit is not available under the Nonforfeiture Coverage.

## Services Provided in a Nursing Home, Hospice Facility or Assisted Living Facility

We will pay the Benefit shown in the SCHEDULE OF BENEFITS for the following Qualified Long-Term Care Services received on any day in a Nursing Home, Assisted Living Facility or Hospice Facility:

- Room and board accommodations;

- Nursing Care, Maintenance or Personal Care, Therapy Services and Hospice Care provided by a Formal Caregiver; or

- Bed Reservation Benefit up to 21 days per Calendar Year. The Benefit for the Bed Reservation Benefit shall not exceed the Benefit payable if You had been confined in the Nursing Home, Assisted Living Facility or Hospice on that day.

Each month You may receive one or more Covered Services. The Benefit for Services provided in a Nursing Home, Hospice Facility or Assisted Living Facility in any given month will never be greater than 100% of the Maximum Monthly Benefit.

## Respite Services

We will pay the Benefit shown in the SCHEDULE OF BENEFITS for Respite Services. "Respite Services" means Qualified Long-Term Care Services that meet all of the following requirements:

- they are received prior to the completion of the Waiting Period;

- they are provided in a Nursing Home, Assisted Living Facility or a Hospice Facility by a Formal Caregiver;

- they are specifically provided as a temporary substitute for Qualified Long-Term Care Services for which You are normally not obligated to pay.

You do not have to satisfy a Waiting Period to receive Benefits for Respite Services. However, Benefits for Respite Services will not count toward Waiting Period days.

Respite Services will be reimbursed for up to a maximum of 21 days per Calendar Year according to the type of service received. If You receive Qualified Long-Term Care Services in a Nursing Home, Hospice Facility or Assisted Living Facility from a Formal Provider, You will be reimbursed up to the daily benefit for the particular type of service received as shown on the Schedule of Benefits. If You receive more than one type of Respite Service on the same day, the maximum benefit payable is the Nursing Home daily benefit.

### Alternate Plan of Service

**"Alternate Plan of Service"** means Qualified Long-Term Care Services which are not otherwise specifically defined above as a Covered Service. Benefits will be payable for an Alternate Plan of Service only if We determine, in Our sole discretion, that all of the following requirements are met with respect to each Alternate Plan of Service:

- it is provided in a facility; and
- service falls within guidelines established by Us as an approved Alternate Plan of Service; and
- it effectively meets Your long-term care service needs; and
- it is, for You, a cost-effective alternative to services otherwise covered under this Plan; and
- it is not provided by a member of Your Immediate Family.

The Benefit payable for an Alternate Plan of Service shall be the lesser of:

- the actual cost of the services provided; or
- the Benefit for the most closely related defined Covered Service, as determined by Us.

## 5. Exclusions

The Group Long-Term Care Insurance Policy does **not** provide Benefits for any of the following:

A. Care specifically provided for detoxification of or rehabilitation for alcohol or drug abuse (chemical dependency), except drug abuse sustained at the hands of or while being treated by a Physician for an injury or sickness.

B. Any service or supply received outside the United States or its territories.

C. Illness, treatment or medical condition arising out of:

- war or act of war (whether declared or undeclared);
- participation in a felony, riot or insurrection;
- service in the armed forces or auxiliary units;
- attempted suicide (while sane or insane) or intentionally self-inflicted injury; or
- aviation (this applies only to non-fare paying passengers).

D. Treatment provided in a government facility, unless otherwise required by law.

E. Any care provided while in a Hospital, except for confinement in a distinct part of a Hospital which is licensed as a Nursing Home or Hospice.

F. Any service or supply to the extent that such expenses are reimbursable under Medicare, or would be so reimbursable but for the application of a deductible or coinsurance or copayment amount. This exclusion will not apply in those instances where Medicare is determined to be secondary payor under applicable law.

G. Services for which no charge is normally made in the absence of insurance.

## 6. Coordination of Benefits

We will reduce Your Benefits by the dollar amount payable by any of the following, to the extent that the combination of Your Benefit and amounts payable or which would be payable by any of the following exceed 100% of the actual charge for the covered expenses:

- any federal, state or other governmental health care plan or law (except Medicaid); or
- any motor vehicle no-fault law.

## 7. Submitting Proof of Claim

### A. How to Submit a Claim

We will pay Benefits only upon receipt of adequate written proof that You have incurred expenses for Covered Services.

To assist Us in determining whether You have incurred expenses for Covered Services:

- We or a person designated by Us may contact You, Your Representative, Your Physician or other persons familiar with the services provided to You; and

- We or a person designated by Us may need to access Your medical records to obtain information about Your condition or the services provided to You (We cannot approve a claim for Benefits if We are denied access to Your medical records); and

- We have the right to have You examined, at Our expense, by a healthcare provider and to conduct an on-site assessment; and

- We have the right to require You to submit to Us Your Explanations of Benefits from Medicare or documentation from any other source from whom You may have received reimbursement for the same Covered Service.

You must submit written proof of claim no later than 90 days after the end of the Calendar Year in which the expenses were incurred. Failure to submit proof of claim within the time limit may result in a claim denial unless it is shown that:

- It was not reasonably possible to provide proof of claim within the time period; and
- Proof of claim was submitted as soon as reasonably possible.

### B. Approval of Claims

If We approve Your claim for Benefits, We will send written notice of Our decision as soon as reasonably possible. In no event will We send this notice later than 10 working days after We have received all the information We need to assess Your claim.

### C. Denial of Claims

If We deny Your claim for Benefits, in whole or in part, We will send written notice of Our decision as soon as reasonably possible. In no event will We send this notice later than 10 working days after We have received all the information We need to assess Your claim.

You or Your Representative may ask Us to more fully explain our denial.  Within 60 days of the date We receive such a written request: **(a)** We will provide a written explanation of the reasons for the denial; and **(b)** make available all information directly relating to such denial.

You or Your Representative may appeal Our denial of Your claim by following the instructions for "Appeals of Eligibility for Benefits or Claims Decisions" located in the General Provisions section of this Certificate.

## 8.  Payment of Benefits

All Benefits are shown in the SCHEDULE OF BENEFITS.

All Benefits will be paid in U.S. currency.  All Benefits will be paid directly to You unless You have completed a valid assignment of Benefits to a provider of long-term care services.

We will not honor any assignment of Benefits to Providers of Alternate Plan of Service or for the Transition Expense Benefit.

All Benefits (other than the Transition Expense Benefit and the Initial Care Advisory Visit) will be counted toward the Total Lifetime Benefit and payment of these Benefits will be limited to the Total Lifetime Benefit.

## 9.  Changing Benefits

While You are a Covered Person, there are circumstances under which You may change Your Benefits. You may never change Benefits while Nonforfeiture Coverage is in effect for You. As stated in "Contributions," a change in Benefits may result in a change in the amount of Your Contribution.

We must approve, in writing, any change in Benefits other than the Automatic Inflation Protection Increase. If We approve the change, We will send You written notice of the effective date and nature of the change.  If We do not approve the change, We will send You a form stating what You must do to appeal Our denial.  The following are the circumstances under which You may request a change in Your Benefits:

**A.**   **Automatic Inflation Protection Increase** *(available only if shown in SCHEDULE OF BENEFITS)*

On each January 1, Your Nursing Home Benefit will increase at a rate of 5% compounded annually (rounded to the next highest $1) for the period from the effective date of the previous Automatic Inflation Protection increase and extending until the effective date of the current Automatic Inflation Protection Increase. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also increase at the same percentage rate as Your Nursing Home Benefit increases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will increase by that same percentage rate.

Automatic Inflation Protection increases are made without regard to Your age, claim status, claim history or the length of time You have been Covered under This Plan.

However, no Automatic Inflation Protection Increase will be made once Nonforfeiture Coverage is in effect for You.

**B.    Periodic Inflation Increase (available if shown on the Schedule of Benefits)**

Every year, We will offer You the option to request a Periodic Inflation Increase. If You accept this offer, Your Nursing Home Benefit will increase at a rate of at least 5% compounded annually (rounded to the next highest $1) for the period from the effective date of the previous Periodic Inflation Increase offer and extending until the effective date of the current Periodic Inflation Increase offer. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also increase at the same percentage rate as Your Nursing Home Benefit increases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will increase by that same percentage rate.

You are eligible to request a Periodic Inflation Increase only if You accepted Our offer for a Periodic Inflation Increase at least once during the last two consecutive times this offer was made to You. We may waive this requirement, at Our sole discretion, without prejudice to our right to enforce it at a future date.

The Periodic Inflation Increase offer will be made by Us without regard to Your age, claim status, claim history or length of time You have been Covered under This Plan and Your request will be approved by Us without evidence of Your good health.

A Periodic Inflation Increase takes effect the day We approve Your request if it is the 1st day of a month; and in all other cases, the 1st day of the month following the month in which We approved Your request.

**C.    Benefit Increases With Proof of Good Health**

You may, at any time, request an increase in Your Nursing Home Benefit. This request can be made in writing or by calling Our toll-free number. We will approve Your request only if You provide Us, at Your expense, with proof satisfactory to Us of Your good health. Increase amounts are subject to limits available at the time of Your request. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also increase at the same percentage rate as Your Nursing Home Benefit increases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will increase by that same percentage rate.

The effective date of the increase will be the day We approve Your request if it is the 1st day of a month; and in all other cases, the 1st day of the month following the month in which Your request was approved.

**D.    Benefit Decreases**

You may, at any time, request a decrease in Your Nursing Home Benefit. This request can be made in writing or by calling Our toll-free number. The amount of the decrease is subject to limits available at the time of Your request. All other Benefits (including the Total Lifetime Benefit) that are computed either as a percentage or multiple of the Nursing Home Benefit will also decrease at the same percentage rate as Your Nursing Home Benefit decreases. However, if You have received any Benefits, only the remaining portion of the Total Lifetime Benefit and Transition Expense Benefit will decrease by that same percentage rate.

The effective date of the decrease will be the day We approve Your request if it is the 1st day of a month; and in all other cases, the 1st day of the month following the month in which Your request was approved.

Form G.LTC4798                            13

**E.    Other Coverage Changes**

You may be eligible to make other changes to Your Coverage.  Such changes may require proof of good health and may impact Your Contributions.  Contact Us for details.

# 10.   Contributions

**A.    Payment of Contribution**

Your Contribution is due and payable on the 1st day of every month.  Your Contribution must be paid in U.S. currency.

**B.    Changes in the Contribution Amount**

The amount of Your Contribution for Your initial Coverage is based on Your age as of the date we received Your application for such coverage.

We reserve the right to change premiums on a class basis (for example, all certificates with this form number in Your state).  Accordingly, Contributions may change on a class basis.  Your Contribution will not increase because You get older or Your health changes.

Contribution changes for You alone will only occur if We have accepted Your request to change Your Benefits.

**C.    Contribution Amount Changes When Benefits Increase**

Your Contributions will increase for each: (a) Periodic Inflation Increase; or (b) Benefit increase approved by Us with proof of Your good health.  The additional Contribution amount is based on Your age and the premium rates in effect at the time the increase takes effect.

**If You have elected the Automatic Inflation Increase, Your Contribution is not expected to increase as a result of any such Increase.  However, We reserve the right to adjust premium rates on a class basis.  Accordingly, Contributions may change on a class basis.**

**D.    Contribution Amount Changes When Benefits Decrease**

Your Contribution will decrease if We approve Your request to decrease Your Benefits.  The amount of the reduction will be computed assuming that the level of Benefits purchased last are discontinued first.

**E.    Discounts**

You may be eligible for one or more of the following discounts:

1.   Household Discount

If 2 or more members of the same household (i.e., living at the same address) apply for and are both accepted for Coverage, they will receive a 10% discount which will be applied to each Contribution owed.

This discount will end if one member stops paying his/her Contribution for any reason other than death or "Waiver of Contributions" or there are no longer 2 or more members living in the same household unless due to receiving care in a Nursing Home, Hospice or Assisted Living Facility;

2. EFT Discount ($2 per month); and

3. Annual Payment Discount ($2 per month).

If You are receiving EFT or Annual Payment Discounts from other AARP insurance Coverages, the maximum discount for all Coverages (including this Coverage) will be $2 per month.

## 11. Grace Period

There is a 31 day grace period for payment of Your Contribution. This means We must receive Your Contribution, by the 31st day after the date it is due. If We have not received Your Contribution by the end of this grace period, We will send a written notice of termination of Your Coverage to You (and to any person You have designated to receive such Notice) by first class U.S. mail, postage prepaid.

You have the right to designate an individual to receive notice of termination concurrently with any such notice We will send You. The individual You designate will not be responsible for payment of the Contribution. It is Your responsibility to notify Us of any change in Your designation.

## 12. Waiver of Contributions

We will waive Your Contribution beginning on the date as of which You complete both the Waiting Period and are certified as Chronically Ill if that is the 1st day of a month. In all other cases, We will waive Your Contribution beginning on the 1st day of the month following the month in which You complete the Waiting Period and are certified as Chronically Ill. You must resume payment of Your Contribution beginning on the 1st day of the month following the month in which You are no longer certified as Chronically Ill.

## 13. When Your Coverage Ends

Your Coverage will end on the earliest of:

* the last day of the month in which You notify Us that You wish to cancel Your Coverage;

* the date of Your death;

* 35 days after We send a written notice of termination of Your Coverage as stated in "Grace Period";

* the date You have received Benefits equal to Your Total Lifetime Benefit, unless You have unlimited Coverage; or

* the date the Group Policy ends, subject to the provisions in "Continuation Coverage".

If Your eligibility for Coverage was based upon Your relationship to another person, Your Coverage will not end if that relationship terminates by death or dissolution of marriage.

Form G.LTC4798

15

## 14. Reinstatement of Coverage

If Your Coverage ended due to non-payment of Your Contribution, We will reinstate Coverage back to the date it ended, without requiring proof of Your good health, if within 6 months of the date Coverage ended, You or Your Representative:

- submit proof acceptable to Us that You suffered a cognitive impairment or loss of functional capacity at the time Your Contribution was due; and

- submit all past due Contributions to Us.

The standard of proof We will use will be no more restrictive than as described in the "Benefits Eligibility" section in this Certificate.

If We reinstate Your Coverage, Your Contribution will be based on Your age as if Your Coverage had continued without interruption.

## 15. Extension of Benefits

If as of the date Your Coverage ends, You are certified as Chronically Ill and are confined in a Nursing Home, Hospice Facility or Assisted Living Facility, We will extend the payment of Benefits for Qualified Long-Term Care Services received in the Nursing Home, Hospice or Assisted Living Facility so long as without interruption, You remain Chronically Ill and confined in the Nursing Home, Hospice or Assisted Living Facility. Subject to the Waiting Period and all other requirements of this Group Policy, Benefits will be extended only until the earliest of:

- the date You are no longer certified as Chronically Ill; or

- the date You are no longer confined in the Nursing Home, Hospice or Assisted Living Facility; or

- the date the Total Lifetime Benefit has been paid, unless You have unlimited Coverage.

## 16. Continuation Coverage

You have the right to continue Coverage even if Your Coverage ends, except as stated below. This is called "Continuation Coverage" and it requires that You pay Contributions to Us directly when they are due. We will automatically provide Continuation Coverage unless You or Your Representative notify us that you do not want it.

Continuation Coverage is not available to the following categories of persons:

Category 1: • Your Coverage ends because You failed to make any required payment of Contribution when due or You notified Us that You want to end Your Coverage; or

Category 2: • You have already received Benefits that count toward Your Total Lifetime Benefit that are equal to Your Total Lifetime Benefit, unless You have unlimited Coverage; or

Category 3:   •    The Group Policy terminates and Coverage is replaced (within 31 days after termination) by other group coverage that:

is effective on the day following termination of Coverage; and

provides Benefits which are identical to Benefits that are determined, as required under applicable law, to be substantially equivalent to or exceed those provided by this Group Policy; and

calculates premium based on Your age at inception of Coverage under this Group Policy.

## 17.  Nonforfeiture Coverage (Shortened Benefit Period) *(available only if shown in SCHEDULE OF BENEFITS)*

If Paid Contributions have been paid for at least 3 years and Your Coverage ends due to cancellation or nonpayment of Contributions, You will receive Nonforfeiture Coverage. **"Paid Contributions"** means Contributions You have paid that include charges for Nonforfeiture Coverage and also include any month for which payment of Your Contribution was waived.

Nonforfeiture Coverage takes effect on the "Nonforfeiture Date." **"Nonforfeiture Date"** means the 1st day following the end of the period covered by Your last Paid Contribution. Once You receive Nonforfeiture Coverage, You cannot change Your Benefits.

The same Benefits will be payable under Nonforfeiture Coverage except that the Total Lifetime Benefit will be the greater of: (a) the sum of all Paid Contributions; or (b) 30 times the daily Nursing Home Benefit in effect immediately prior to the Nonforfeiture Date. The total Benefits paid prior to and after the Nonforfeiture Date will not exceed the Total Lifetime Benefit in effect immediately prior to the Nonforfeiture Date.

## 18.  General Provisions

### A.   Appeals of Eligibility for Benefits or Claims Decisions

We will reconsider Our decision to deny Your eligibility for Benefits or Your claim for Benefits if You or Your Representative:

•    make a written request to Us for a review of Our decision; and
•    send this request to Us within 60 days after You receive Our denial.

We will, within 60 days of the date of Your request, review the denial and make a final decision. Our final decision will be in writing, and if a denial, will include Our specific reasons.

### B.   Qualified Long-Term Care Plan Disclosure

This Plan is intended to be a qualified long-term care insurance contract under Section 7702B(b) of the Internal Revenue Code of 1986 as amended. All terms and conditions of this Certificate and This Plan are intended to be and shall be interpreted in a manner consistent with all legal requirements of a "qualified long-term care insurance contract" as that term is defined in Section 7702B(b) of the Internal Revenue Code of 1986 as amended.

Form G.LTC4798

17

AARP-NHO-IL
0704

We reserve the right to change the terms and conditions of this Certificate and This Plan as and when necessary to maintain the Long-Term Care Policy as a "qualified long-term care insurance contract" under Section 7702B(b) of the Internal Revenue Code of 1986 as amended.

We will give You written notice of any such change as soon as reasonably possible.

**C.    Statements Made By You Relating to Insurability**

Any statement made by You will be deemed a representation and not a warranty.  No such statement made by You which relates to insurability will be used by Us to: **(a)** contest the validity of Your Coverage; or **(b)** deny an otherwise valid claim; unless the statement was contained in a written form which had been signed by You and a copy of the form has been furnished to You.

If Your Coverage has been in force for less than 6 months, We may contest the validity of Your Coverage or deny an otherwise valid claim upon a showing of misrepresentation by You that was material to the acceptance for coverage.

If Your Coverage has been in force for at least six (6) months but less than two (2) years, We may contest the validity of Your Coverage or deny an otherwise valid claim upon a showing of misrepresentation that is both material to the acceptance for coverage and which pertains to the condition for which Benefits are sought.

If Your Coverage has been in force for two (2) years or more, We may contest the validity of Your Coverage or deny an otherwise valid claim only upon a showing that You knowingly and intentionally misrepresented relevant facts relating to Your health.

**D.    Age**

If Your date of birth is not correct as shown on Your Enrollment Form, an adjustment in Contribution and/or amounts of insurance may be made, as deemed appropriate by Us, based on the correct information.

**E.    Assignment; No Cash Value; Premium Refunds**

Neither the Group Policy nor this Certificate has any cash surrender value or other money that can be paid, assigned, or pledged as collateral for a loan or borrowed.

The Benefits payable under the Group Policy may not be assigned prior to a loss.

Any refunds of premiums, (except refunds on the death of the Covered Person or on complete surrender or cancellation of this Coverage), or any dividends or similar amounts under the Group Policy shall be applied as a reduction in future premiums or an increase in future benefits.

In the event that the relationship between MetLife and the Group Policyholder terminates and a successor carrier succeeds to that relationship, MetLife may have the right to recover from such successor carrier all or a portion of the deficit, if any, existing at such termination in respect of MetLife's financial experience under the Group Policy.  In that case, there may be smaller dividends or similar amounts than would otherwise be available in the absence of such deficit to reduce Your future premiums or increase Your future Benefits under the certificate issued to You by the successor carrier or under this Certificate in the event of the continuance hereof.

AARP-NHO-IL
0704

**F.**   **Guaranteed Renewability**

**This Plan is Guaranteed Renewable.** This means We cannot decline to renew This Plan but We reserve the right to change premiums on a class basis. Accordingly, Contributions may change on a class basis. Your Coverage may not be canceled, nonrenewed or otherwise terminated on the grounds of Your age or the deterioration of Your mental or physical health.

However, renewal or termination of the Group Policy are matters to be determined by MetLife and the Group Policyholder in accordance with the terms of the Group Policy. As a result, no such matter requires the consent of any Covered Person or other person who has a beneficial interest under the Group Policy in order for it to take effect. You will be notified in the event AARP no longer sponsors the plan. Under the circumstances described in "Continuation Coverage", You have the right to continue Your Coverage even if This Plan terminates.

**G.**   **Right To Amend Contract Provisions**

We reserve the right to make changes in this Certificate or in the Group Policy in order to comply with federal or state laws or regulations applicable to This Plan. Any such change will apply to all Certificates under This Plan. We will give You written notice of any such change as soon as is reasonably possible.

**H.**   **Interpretation of Terms, Conditions, Provisions**

The Group Policy determines governing contractual provisions..

**I.**   **Legal Actions**

No legal action or suit to recover under this Group Long Term Care Insurance Policy may be started:

*   before 60 days after proof of claim has been furnished to MetLife; or
*   more than 3 years after the time the proof was required to be submitted to MetLife.

It is possible that the laws of the state where You reside may require a different time limit. If so, the above time limit shall be adjusted to agree with the shortest limit the law of that state allows.

**J.**   **Facility of Payment**

If at the time of Your death, any Benefit or Return of Contribution is payable, We may, at Our option, pay the amount of such Benefit to Your estate or to an alternative payee. Payment to an alternative payee may not exceed an amount equal to all Contributions that You have paid less any Benefits paid to You or on Your behalf under This Plan.

The alternative payee must be a person who is deemed by Us to be justly entitled to the Benefit and must be related to You by blood or marriage. We will be fully discharged to the extent of any payment We make in good faith under this provision.

Form G.LTC4798                               19                         AARP-NHO-IL
                                                                               0704

**K.** **Refund to Us for Overpayment Of Benefits**

If at any time We determine that the total amount of Benefits paid to You was more than the total amount of Benefits due (including any overpayment resulting from Your subsequent recovery of other insurance proceeds or litigation damages for expenses incurred for which We have already paid Benefits to You), We have the right to recover the excess amount from You. However, We may not recover any Benefit payments paid to You or on Your behalf in the event that this certificate is rescinded.

If at any time We determine that the total amount of Benefits paid to any other person or entity was more than the total amount of Benefits due, We have the right to recover the excess amount from that person or entity.